ALEX H. CHAN (CA SBN 278805)
ahchan@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
600 Congress Avenue, Suite 1350
Austin, Texas 78701

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lenovo (United State) Inc. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:15-mc-17 |
| v. | |
| Acacia Research Group LLC | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged:  (**List Documents**)

PLAINTIFF LENOVO (UNITED STATES) INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ACACIA RESEARCH GROUP LLC'S COMPLIANCE WITH LENOVO'S NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM; Exhibit F - Deposition of Cristin Wagner; Exhibit K - 8/5/2015 Letter; Exhibit L - 8/7/2015 Letter; Exhibit M - 8/14/2015 Letter; Exhibit N - 8/12/2015 Letter; Exhibit S - 9/1/2015 Letter; Exhibit T - 9/4/2015 Letter; Exhibit U - 9/5/2015 Letter; Proposed Order.

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

September 7, 2015                           Alex H. Chan
Date                                        Attorney Name
                                            Lenovo (United States) Inc.
                                            Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**